Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LA JOLLA RETAIL, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01142-BEN-DEB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Julissa Cota ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.

Dated: January 22, 2021                    Respectfully Submitted,

                                           */s/ Thiago M. Coelho*
                                           Thiago M. Coelho
                                           **WILSHIRE LAW FIRM**
                                           *Attorneys for Plaintiff*