Thiago Coelho, SBN (324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff,*
*Julissa Cota and the Putative Class*

Livia Borak Beaudin (SBN 259434)
livia@coastlawgroup.com
**COAST LAW GROUP, LLP**
1140 South Coast Highway 101
Encinitas, CA 92024
Telephone: (760) 942-8505
Facsimile: (760) 942-8515

*Attorneys for Defendant,*
*La Jolla Retail, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LA JOLLA RETAIL, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 3:20-cv-01142-BEN-DEB<br><br>*Assigned to Hon. Judge Daniel E. Butcher*<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a), LOCAL CIVIL RULE 7.2** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, Plaintiff Julissa Cota ("Plaintiff"), and Defendant La Jolla Retail, Inc. ("Defendant"), stipulate and jointly request that the Court enter an Order for the following:

(1) Dismiss the entire case with prejudice. Each party shall bear his or its own attorney fees and costs.

The Parties have reached a settlement and therefore good cause exists for the instant joint motion. The Parties therefore respectfully request that the Court enter the proposed order.

DATED:  March 2, 2021                           Respectfully submitted,

**WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
    Thiago M. Coelho
    *Attorney for Plaintiff, Julissa Cota*

DATED:  March 2, 2021                           **COAST LAW GROUP, LLP**

By: */s/ Livia Borak Beaudin*
    Livia Borak Beaudin
    *Attorneys for Defendant, La Jolla Retail, Inc.*